Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 29 2026
Joshua C. Lewis
By ______________ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MUSTAFA AMAN,<br>Defendant. | NO. CR26-207 JHC<br><br>**INDICTMENT** |

The Grand Jury charges that:

**COUNT 1**

**(Conspiracy to Defraud the United States)**

**A. Background**

1. Mustafa Aman is an Afghan male and naturalized United States citizen who resides in Seattle, Washington and who served as a Logistics Specialist for Company 1, a United States defense contractor operating in Afghanistan.

2. Section 602(b) of the Afghan Allies Protection Act of 2009, as amended, is a special immigrant program which authorizes the issuance of special immigrant visas ("SIVs") to Afghan nationals who meet certain requirements, and who were employed in



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Afghanistan for at least one year by, or on behalf of, the United States Government or by the International Security Assistance Force ("ISAF").

3. Special immigrant programs such as this require a written or documented Letter of Recommendation ("LOR") in support of the SIV applicant from a person associated with, or directly connected to, the U.S. Government or ISAF and who has knowledge of the Afghan national's employment. For a SIV applicant who was employed by, or on behalf of, the United States Government, the SIV applicant must submit a LOR from a senior supervisor. The supervisory period should overlap with the applicant's period of employment.

4. The five required SIV application supporting documents are: a Letter of Employment; a Letter of Recommendation; an updated Form DS-157 - Petition for Special Immigrant Classification for Afghan SIV Applicants; evidence of Afghan nationality (i.e., an Afghan Tazkera, an Afghan national identification document, or Afghan passport); and a copy of an employee badge issued by the employer and held during any periods of employment with the United States Government or the ISAF. Lastly, once the SIV applicant has all the required documentation, the applicant submits the complete packet to the Department of State via email.

5. As part of an Afghan SIV application, each applicant must also complete and submit a United States Citizenship and Immigration Services ("USCIS") Form I-360.

**B. The Conspiracy**

6. Beginning at a time unknown, and continuing until on or after May 1, 2024, in King County, within the Western District of Washington, and elsewhere, MUSTAFA AMAN, and others known and unknown, knowingly and willfully conspired and agreed together and with each other, to defraud the United States of and concerning its governmental functions and rights, that is:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(a) The right of the Department of State to have its official business and its affairs conducted free of fraud, improper and undue influence, dishonesty, unlawful impairment, and obstruction; and

(b) The right of the United States Citizenship and Immigration Services ("USCIS") to have its official business and its affairs conducted free of fraud, improper and undue influence, dishonesty, unlawful impairment, and obstruction.

**C. Manner and Means**

It was part of the conspiracy that:

7. AMAN and known and unknown coconspirators agreed to use deceit, trickery, and dishonesty to apply for immigration status in the United States for themselves and on behalf of others, that they knew they were not actually entitled to, including by submitting false statements about the background, employment, or marital status of the applicants in applications submitted to the Department of State and USCIS.

8. AMAN used his knowledge of the immigration system in the United States, and his knowledge of Company 1, to assist his network of friends and family in Afghanistan in attempting to obtain unlawful immigration status in the United States.

9. AMAN knowingly submitted false statements in letters of recommendation he drafted for coconspirators to use in their visa applications, including about coconspirators' prior employment for Company 1.

10. AMAN assisted coconspirators in creating other fake documents to submit in their immigration application, including fake employment badges and fake letters of support.

11. AMAN agreed to, and did, submit false statements to public officials to assist his coconspirators in attempting to obtain unlawful immigration status, including in communications to employees of the Department of State, USCIS, and members of Congress.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**D. Overt Acts**

12. During and in furtherance of the conspiracy, the following overt acts, among others, were committed in the Western District of Washington and elsewhere:

13. On or about June 5, 2013, AMAN submitted a false statement about his own marital status in his I-360 Afghan Special Immigrant Visa ("SIV") application.

14. On or about March 22, 2014, AMAN assisted M.A. with his fraudulent Afghan SIV application. AMAN emailed a coconspirator a copy of a fake letter of recommendation, which falsely claimed to be written by an employee of Company 1, and which also falsely represented that M.A. had served the United States by working as a Logistics Specialist for Company 1. AMAN directed the coconspirator to print, scan, and convert the fraudulent recommendation letter to PDF.

15. On or about August 29, 2014, M.A. submitted his fraudulent Afghan SIV application to the Department of State. M.A.'s application materials included false statements about his employment and the fraudulent letter of recommendation.

16. On or about December 8, 2014, AMAN assisted N.B. with his fraudulent Afghan SIV application. AMAN emailed a coconspirator a copy of a fake letter of recommendation, which falsely claimed to be written by an employee of Company 1, and which also falsely represented that N.B. had served the United States as a Logistic Specialist for Company 1. AMAN directed a coconspirator to print and scan in "high quality" and to send the fraudulent recommendation letter back to him.

17. On or about December 10, 2016, AMAN assisted T.A. with her fraudulent Afghan SIV application. AMAN used the name and signature of an employee of Public Agency 1, without the employee's permission, to falsely claim that the employee was recommending T.A. for an Afghan SIV. The fraudulent letter drafted by AMAN also falsely represented that T.A. had served the United States as a Safety and Training Specialist at Company 1.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18. On or about February 10, 2020, AMAN submitted a false statement about his marital status on his United States passport application (Form DS-11) submitted to the Department of State.

19. On or about November 1, 2021, AMAN made false statements to consulate officials about his marital status to attempt to obtain a fiancée visa for his then-wife, T.A.

20. On or about March 3, 2022, AMAN made false statements to a United States Congressman about his marital status, to attempt to obtain a fiancée visa for his then-wife, T.A.

21. On or about October 13, 2022, N.B. submitted a second fraudulent Afghan SIV application to the Department of State, which contained false statements about his prior employment with Company 1.

22. On or about November 15, 2022, AMAN assisted N.B. with the pending fraudulent Afghan SIV application. AMAN drafted a letter of recommendation for N.B., which falsely claimed that N.B. had served the United States as a Logistics Specialist at Company 1, and which was later submitted to the Department of State.

23. On or about April 24, 2022, AMAN assisted G.P. with his fraudulent SIV application. AMAN drafted a letter of recommendation for G.P., falsely claiming that AMAN had served as G.P.'s "direct supervisor" at Company 2, an international company with locations in the Middle East.

24. On or about August 22, 2021, G.P. then submitted the fraudulent Afghan SIV application, which included false statements about his employment and a copy of the fraudulent letter.

25. On or about May 1, 2024, AMAN emailed Department of State officials a picture of his United States passport to verify that he had written the fraudulent letter for G.P. and to further endorse G.P.'s fraudulent Afghan SIV application.

All in violation of Title 18, United States Code, Section 371.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**COUNT 2**

**(False Statement in Passport Application)**

26. On or about February 10, 2020, in King County, within the Western District of Washington, MUSTAFA AMAN, willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application AMAN stated he had never been married, which statement he knew to be false.

27. It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1.

All in violation of Title 18, United States Code, Section 1542.

**COUNT 3**

**(Use of Passport Secured by False Statement)**

28. On or about May 1, 2024, in King County, within the Western District of Washington, MUSTAFA AMAN, willfully and knowingly used Passport No. 651744320, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application claiming that AMAN had never been married, which passport AMAN used in an email communication with an official employed by the United States Department of State.

29. It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1.

All in violation of Title 18, United States Code, Section 1542.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**COUNT 4**

**(False Statement)**

30. On or about March 3, 2022, in the Western District of Washington and elsewhere, MUSTAFA AMAN knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the legislative branch of the Government of the United States, by contacting a United States Congressman and representing that he had a fiancée, when, as AMAN then and there knew, he was already married and did not have a fiancée.

31. It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1.

All in violation of Title 18, United States Code, Section 1001(a)(2) and Section 2.

**Count 5**

**(False Writing)**

32. On or about April 24, 2022, in King County, within the Western District of Washington, and elsewhere, MUSTAFA AMAN knowingly and willfully made and used, and caused others to make and use, a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting a recommendation letter to the Department of State in which AMAN represented that he had served as G.P.'s direct supervisor at Company 2, when, as AMAN then and there knew, AMAN had never supervised G.P. at Company 2.

33. It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1.

All in violation of Title 18, United States Code, Section 1001(a)(3) and Section 2.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Count 6**

**(False Writing)**

34. On or about November 15, 2022, in King County, within the Western District of Washington, and elsewhere, MUSTAFA AMAN knowingly and willfully made and used, and caused others to make and use, a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, in a matter within the jurisdiction of the executive branch of the United States, by submitting a recommendation letter to the Department of State in which AMAN represented that N.B. had served as a logistics specialist for Company 1 when, as AMAN then and there knew, N.B. had never worked for Company 1.

35. It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1.

All in violation of Title 18, United States Code, Section 1001(a)(3) and Section 2.

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1 through 6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either of the offenses alleged in Counts 2 and 3, MUSTAFA AMAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; any property constituting, or derived from or traceable to, the proceeds obtained directly or indirectly from the commission of the offense; and any property used to facilitate, or intended to be used to facilitate, the commission of the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty,

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10-29-2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

AMY JAQUETTE
Assistant United States Attorney

AMANDA MCDOWELL
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970